**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 328 MAL 2014

Petitioner :

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v. :

GABRIEL J. MARTINEZ, :

Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 329 MAL 2014

Petitioner :

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v. :

SHAWN PATRICK MCGINNIS JR., :

Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 330 MAL 2014

Petitioner :

: Petition for Allowance of Appeal from the
: Order of the Superior Court

v. :

ADAM MACKENZIE GRACE, :

Respondent :


COMMONWEALTH OF PENNSYLVANIA, : No. 331 MAL 2014

:

Petitioner :

|   |   | : Petition for Allowance of Appeal from the |
| --- | --- | --- |
|   |   | : Order of the Superior Court |
|   | v. | : |
|   |   | : |
|   |   | : |
| CHRISTINA J. LASATER, |   | : |
|   |   | : |
|   | Respondent | : |

## ORDER

**PER CURIAM**

      **AND NOW**, this 8th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

    (1)    Whether the Superior Court's application of its decision <u>Commonwealth v. Hainesworth</u> to the instant cases impermissibly expanded the contract clause to bind the Commonwealth to collateral consequences over which the Commonwealth has no control?